# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANIEL WALKER,

     Plaintiff,

v.

HOWARD SKOLNIK, *et al*.,

     Defendants.

Case No. 2:09-CV-02014-KJD-LRL

**ORDER**

On May 18, 2010, Magistrate Lawrence R. Leavitt ordered Plaintiff to file an amended complaint within thirty days of the entry of his order.  Though the time for doing so has passed Plaintiff has failed to file an amended complaint.  Additionally, court mail has been returned from the address at the Las Vegas Community Correctional Center facility given by Plaintiff with a notation reflecting that Plaintiff was not at that facility and no forwarding address was available.  As Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address, and because Plaintiff has failed to file an amended complaint,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for failure to file an amended complaint in accordance with the magistrate's order and for his failure to promptly inform the Court of any change in his address.

DATED this 24TH day of June 2010.

Kent J. Dawson
United States District Judge