# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL WALKER,

    *Plaintiff,*

vs.

HOWARD SKOLNIK, *et al.,*

    *Defendants*.

2:09-cv-02014-KJD-LRL

ORDER

Following upon plaintiff's recent filing of a notice of change of address with a request for a status update in this closed prisoner civil rights action,

IT IS ORDERED that the Clerk of Court shall send plaintiff a copy of ## 7, 11 and 12 together with a copy of the docket sheet.

DATED: July 20, 2010

_____
KENT J. DAWSON
United States District Judge